Motion to resettle order granted. The judgment of this court should be settled on notice, and will be entered in this court. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

ERNEST BOLLE, Respondent, v. CLINTON DRY DOCKS, INC., Appellant.— Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

RACHEL BONNER, Appellant, v. CELIA WOLSKY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

DAVID CAMPION and Another, Individually and as Copartners, etc., Appellants, v. NEW YORK TRIBUNE, INC., and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning and Kapper, JJ.; Young, J., not voting.

DAVID CAMPION and Another, Individually and as Copartners, etc., Appellants, v. NEW YORK TRIBUNE, INC., and Others, Respondents.— Motion to dismiss appeal granted, without costs. Present — Kelly, P. J., Rich, Manning and Kapper, JJ.; Young, J., not voting.

DAVID CAMPION and Another, Individually and as Copartners, etc., Appellants, v. PRESS PUBLISHING COMPANY and Others, Respondents.— Motion to dismiss appeal granted, without costs. Present — Kelly, P. J., Rich, Manning and Kapper, JJ.; Young, J., not voting.

BENJAMIN CHAUS, Respondent, v. SAMUEL REBOLD, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

MAX COHEN, Respondent, v. RIGA FOGELHUT and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellants to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

DOROTHY DAAB, by FREDERICK F. P. DAAB, Her Guardian ad Litem, Respondent, v. FRANCIS McDERMOTT, Appellant.— Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

JACOB I. DUBERSTEIN, Appellant, v. SAMUEL N. BERLIN, Respondent.— Motion to dismiss appeal granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

JACOB I. DUBERSTEIN, Appellant, v. BERNARD TROSKY, Respondent.— Motion to dismiss appeal granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

JOHN S. GAYNOR, Respondent, v. MICHAEL J. GAYNOR and Another, Appellants. — Motion to dismiss appeal denied on condition that appellants perfect the appeal for the November term (for which the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

ROBERT R. GRAHAM, Respondent, v. MIDDLETOWN HEBREW ASSOCIATION, INC., and Another, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the November term (for which term the case

is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present – Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

ALEX M. HAMBURG, Respondent, v. JOHN BAUER, Appellant.— Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Application of the BROOKLYN EDISON COMPANY, INC., Respondent, for a Peremptory Order of Mandamus Directed to CHARLES L. CRAIG, Comptroller of the City of New York and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Application of the CITY OF MOUNT VERNON, Respondent, to Acquire Title to Lands of NEW YORK STATE REALTY AND TERMINAL COMPANY and Others, Appellants.— Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Application of THE CITY OF NEW YORK for a Writ of Certiorari Directed to DEDERICK H. KNAPP and Others, as Assessors of the Tax District Composed of the Town of Kent, Putnam County, New York. Taxes of 1916.— Motions for reargument or for leave ·to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Petition of the COUNTY OF QUEENS, Plaintiff, Relative to the Acquiring of the Road, Turnpike or Highway Formerly Known as the Brooklyn and Jamaica Turnpike Road, etc.— Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Application of MAURICE WILLIAM GRADY to Determine and Enforce a Lien upon a Certain Cause of Action, etc. JOHANNA FITZGERALD, Respondent, v. JAMES J. SNOMILA and Others, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Application of CLARENCE W. HOBBS for Admission to the Bar. (From the State of Massachusetts.) — Application granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Application of ARTHUR C. HOUGHTON for Admission to the Bar. (From the State of Maine.)— Application granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Estate of GEORGE W. PARSONS, Deceased.—- Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Application of WILLIAM H. REYNOLDS, Petitioner, for a Prohibitive Order against Hon. JAMES C. CROPSEY, Justice of the Supreme Court of the State of New York, etc.— Motion for order of prohibition denied. Section 7 of the Judiciary Law is not mandatory and does not constitute a limitation upon the power of the court to continue a term. (*People* v. *Sullivan*, 115 N. Y. 185, 190.) The minutes of the court show that a recess was taken on December